# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ALVA GENE THANING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

UBS/PAYNE WEBBER; UBS/PAINE WEBBER PARTNERS PLUS; UBS FINANCIAL SERVICES INC.

C 07 5528

JL

TO: (Name and address of defendant)

UBS/PAYNE WEBBER, 1000 Harbor Blvd, Weehawken, NJ 07087-6791
or
c/o Agent for service or process
Corporation Service Company dba CSC-Lawyers Incorporating Service, 2730 gateway Oaks Dr. Suite 100 Sacramento CA. 95833
or Corporation Service Company dba CSC Lawyers Incorporating Service, P.O. Box 526036, Sacramento CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES C. BRIDGMAN, ESQUIRE
ASPELIN & BRIDGMAN, L.L.P.
220 Montgomery Street, Suite 1009
San Francisco CA. 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

OCT 3 0 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/7/2007 |

| Name of SERVER | TITLE |
|---|---|
| James C. Bridgman | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Rule 4 (h) certified mail, return requested to
UBS/PANE WEBBER, 1000 Harbor Blvd, Weehawken, NJ 07087-6791

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | certified mail | $ 6.96 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/2007
         Date

Signature of Server

Aspelin & Bridgman LLP.
Address of Server
220 Montgomery Street Ste 1009
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 11/7/2007

Name of SERVER: James C. Bridgman
TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Rule 4 (h) certified mail, return requested to UBS/PAINE WEBBER, Corporation Service Company dba 2730 gateway Oaks Dr. Suite 100, Sacramento CA. 95833

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | certified mail | $ 6.96 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/2007
Date

Signature of Server: [signed]
Aspelin & Bridgman LLP.
Address of Server
220 Montgomery Street Ste 1009
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure