1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS/Paine Webber, UBS Paine Webber Partner's Plus,
7  UBS Financial Services, Inc.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 Alva Gene Thaning,                    | No. 07-5528 JL

13         Plaintiff,                    | DEFENDANTS' *EX PARTE*
           v.                            | APPLICATION FOR AN EXTENSION
14                                       | OF TIME TO ANSWER OR
   UBS/Paine Webber, UBS Paine Webber Partner's | OTHERWISE RESPOND TO
15 Plus, UBS Financial Services, Inc.,   | PLAINTIFF'S COMPLAINT
                                         | (Federal Rule of Civil Procedure 6(b)(1))
16         Defendants.

A/72325126.1

DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (CASE NO. 07-5528 JL)

1  Defendants UBS/Paine Webber, UBS Paine Webber Partner's Plus, and UBS
2  Financial Services, Inc (collectively, "Defendants") hereby apply the Court for an order
3  extending Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint by 45
4  days to January 11, 2008.
5  Defendants apply the Court *ex parte* pursuant to Rule 6(b)(1) of the Federal Rules
6  of Civil Procedure. This application is supported by the declaration of Walter M. Stella filed
7  concurrently herewith.
8
9  DATED: November 21, 2007
10
11  Bingham McCutchen LLP
12
13  By: /s/ Bryan Daley
14  Bryan Daley
   Attorneys for Defendants
15  UBS/Paine Webber, UBS Paine Webber
   Partner's Plus, UBS Financial Services, Inc.