# EXHIBIT A

# BINGHAM

Walter M. Stella
Direct Phone: 415.393.2750
Direct Fax:    415.393.2286
walter.stella@bingham.com

November 20, 2007

**Via Mail and Facsimile (415) 296-9814**

James C. Bridgman, Esq.
Aspelin & Bridgman
220 Montgomery St.
San Francisco, CA 94104

**Re:   Thaning v. UBS/Paine Webber, et al.**

Dear Mr. Bridgman:

This letter is follow up to the voicemail messages I left you. Bingham McCutchen will be representing the Defendants in this action. It is my understanding that the complaint was served on November 7. Therefore, Defendants must respond to the complaint no later than November 27, 2007. Please let me know at your earliest convenience if you will stipulate to extend the time for Defendants to respond to the complaint. If I do not hear from you, Defendants plan to file an ex-parte application by the end of the day tomorrow, Wednesday, November 21, 2007, requesting the court to extend the time to respond to the complaint.

Very truly yours,

Walter M. Stella

WMS/krt

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com

A/72325189.1/0377878-0000302955