1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS/Paine Webber, UBS Paine Webber Partner's Plus,
7  UBS Financial Services, Inc.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| 12 | Alva Gene Thaning, | No. 07-5528 JL |
|---|---|---|
| 13 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| 14 | v. | |
| 15 | UBS/Paine Webber, UBS Paine Webber Partner's Plus, UBS Financial Services, Inc., | |
| 16 | Defendants. | |

A/72325158.1

1       For good cause shown, the Court HEREBY GRANTS Defendants' *Ex Parte*
2 Application for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.
3 Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended forty-
4 five (45) days to January 11, 2008.
5       **IT IS SO ORDERED.**
6
7 DATED: November   , 2007                 _____
8                                                                            Hon. James Larson
                                                                           U.S. MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28