1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS/Paine Webber, UBS Paine Webber Partner's Plus,
7  UBS Financial Services, Inc.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | Alva Gene Thaning,                              | No. 07-5528 JL
13 |         Plaintiff,                              | PROOF OF SERVICE
   | v.                                              |
14 |                                                 |
   | UBS/Paine Webber, UBS Paine Webber Partner's    |
15 | Plus, UBS Financial Services, Inc.,             |
   |                                                 |
16 |         Defendants.                             |

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE
(CASE NO. 07-5528 JL)

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for next business day delivery by FedEx, and correspondence is deposited with FedEx that same day in the ordinary course of business.

Today I served the attached:

**DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT;**

**DECLARATION OF WALTER M. STELLA IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT;**

**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

by causing a true and correct copy of the above to be delivered by FedEx from San Francisco, California in sealed envelope(s) with all fees prepaid, addressed as follows:

James C. Bridgman, Esq.
Aspelin & Bridgman, LLP
220 Montgomery Street, Suite 1009
San Francisco, CA 94104
Tel: (415) 296-9812
Fax: (415) 296-9814

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on November 21, 2007.

_____
Kelley A. Garcia