Bingham McCutchen LLP
WALTER M. STELLA (SBN 148215)
walter.stella@bingham.com
BRYAN E. DALEY (SBN 227517)
bryan.daley@bingham.com
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
UBS/Paine Webber, UBS Paine Webber Partner's Plus,
UBS Financial Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Alva Gene Thaning,<br><br>　　　　Plaintiff,<br>v.<br><br>UBS/Paine Webber, UBS Paine Webber Partner's Plus, UBS Financial Services, Inc.,<br><br>　　　　Defendants. | No. 07-5528 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

A/72325158.1

1    For good cause shown, the Court HEREBY GRANTS Defendants' *Ex Parte*
2 Application for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.
3 Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended forty-
4 five (45) days to January 11, 2008.
5    **IT IS SO ORDERED.**

7 DATED: November 26, 2007        _____
                                    Hon. James Larson
8                                   U.S. MAGISTRATE JUDGE

A/72325158.1                    2

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION
(CASE NO. 07-5528 JL)