1  Bingham McCutcheon LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendants
   UBS/Paine Webber, UBS Paine Webber Partner's Plus,
7  UBS Financial Services, Inc.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| Alva Gene Thaning,<br><br>      Plaintiff,<br>  v.<br><br>UBS/Paine Webber, UBS Paine Webber Partner's Plus, UBS Financial Services, Inc.,<br><br>      Defendants. | No. 07-5528 JL<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants UBS/Paine Webber, UBS Paine Webber Partner's Plus, and UBS Financial Services, Inc. (collectively, "Defendants") hereby decline to consent to the assignment of this case to a United States magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.  Defendants' request is made without waiving Defendants' right to compel arbitration of this matter.

DATED:  December 17, 2007          Bingham McCutcheon LLP

                                    By: /s/ Bryan Daley
                                        Bryan Daley
                                        bryan.daley@bingham.com
                                        Attorneys for Defendants