1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc. (also sued as UBS/Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | Alva Gene Thaning,                                | No. 07-5528 MJJ
14 |            Plaintiff,                             | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15 |     v.                                            | **(Civil Local Rule 3-16; F.R.C.P. 7.1)**
16 | UBS/Paine Webber, UBS/Paine Webber Partner's Plus, UBS Financial Services, Inc.,  |
17 |            Defendants.                            |
18

A/72381222.1                                           CASE NO.: 07-5528 MJJ

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1      Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      1.    Defendant UBS Financial Services Inc., (also sued as UBS/Paine Webber) ("UBSFS") is a wholly owned subsidiary of UBS Americas Inc. UBS Americas Inc. owns 100% of the stock of UBSFS.

      2.    UBS Americas Inc. -- the parent company of UBSFS -- is a wholly owned subsidiary of UBS AG.

      3.    The following entities are subsidiaries of UBSFS: (a) Paine Webber Properties Incorporated; (b) UBS Financial Services Insurance Agency Inc.; (c) UBS Financial Services Incorporated of Puerto Rico; (d) UBS Insurance Agency of Puerto Rico Incorporated; (e) Wall Street Realty Corporation; and (f) Blyth Eastman Paine Webber Servicing Inc.

DATED: January 11, 2008        Bingham McCutchen LLP

By: /s/ Walter M. Stella
Walter M. Stella
Attorneys for Defendants
UBS Financial Services Inc. (also sued as UBS/Paine Webber) and UBS/Paine Webber Partner's Plus