1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc. (also sued as UBS/Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| 13 | Alva Gene Thaning, | No. 07-5528 MJJ |
|---|---|---|
| 14 | Plaintiff, | **DECLARATION OF WALTER M. STELLA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| 15 | v. | |
| 16 | UBS/Paine Webber, UBS/Paine Webber Partner's Plus, UBS Financial Services, Inc., | |
| 17 | Defendants. | Date: February 26, 2008<br>Time: 9:30 a.m.<br>Place: Courtroom 11, 19th Flr.<br>Judge: Hon. Martin J. Jenkins |
| 18 | | |

19
20
21
22
23
24
25
26
27
28

A/72377752.1

CASE NO.: 07-5528 MJJ

DECLARATION OF WALTER M. STELLA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS

Walter M. Stella declares:

1. I am a member of the firm of Bingham McCutchen LLP, counsel of record for defendants UBS Financial Services Inc., (also sued as UBS/Paine Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus). I have personal knowledge of the facts set forth in this Declaration and would be competent to testify to them if called upon to do so.

2. In an attempt to avoid the necessity of filing this Motion, I contacted Plaintiff's counsel in late December and early January and requested that he stipulate to staying litigation of this action in favor of binding arbitration under the NASD Code of Arbitration for Industry Disputes. On January 4, 2008, Plaintiff's counsel advised me that he and his client were unwilling to agree to proceed with arbitration, and that this Court will need to make the determination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2008 in San Francisco, California.

/s/ Walter M. Stella
Walter M. Stella

A/72377752.1   2   CASE NO.: 07-5528 MJJ

DECLARATION OF WALTER M. STELLA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS