1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc., (also sued as UBS/Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  Alva Gene Thaning,                          No. 07-5528 MJJ

14         Plaintiff,                           **DECLARATION OF MICHAEL
                                                O'CONNELL IN SUPPORT OF
15     v.                                       DEFENDANTS' MOTION TO
                                                COMPEL ARBITRATION AND
16  UBS/Paine Webber, UBS/Paine Webber Partner's  STAY PROCEEDINGS**
    Plus, UBS Financial Services, Inc.,
17                                              Date:    February 26, 2008
           Defendants.                          Time:    9:30 a.m.
18                                              Place:   Courtroom 11, 19th Flr.
                                                Judge:   Hon. Martin J. Jenkins
19

20

21

22

23

24

25

26

27

28

C:\NrPortbl\ACTIVE\STELLAWM\72380919_1.DOC                    CASE NO.: 07-5528 MJJ
DECLARATION OF MICHAEL O'CONNELL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
                      ARBITRATION AND STAY PROCEEDINGS

1   Michael O'Connell declares:

2       1.    I am employed by Defendant UBS Financial Services Inc. ("UBSFS") as a
3   Branch Office Manager for UBSFS' Walnut Creek, California Branch Office; I hold the title of
4   Executive Director. I have been employed by UBSFS and its predecessor entities since
5   September 19, 1983. Among my other responsibilities, I supervised Plaintiff Alva Gene Thaning
6   from October, 1995 through the end of his employment. I have personal knowledge of the facts
7   set forth in this Declaration and would be competent to testify to them if called upon to do so.

8       2.    Alva Gene Thaning was employed by UBSFS as a registered
9   representative. As a registered representative, Thaning was required to execute a Form U-4
10  agreement. Attached as Exhibit A is a true and correct copy of Thaning's Form U-4. I am
11  familiar with Thaning's signature and recognize the signature on page 4 of the Form U-4 to be
12  Thaning's.

13      3.    In connection with customer complaints which arose during his
14  employment, Thaning was required to amend the disclosures required to be made under the Form
15  U-4 agreement as required by National Association of Securities Dealers ("NASD") rules. On at
16  least two occasions related to a customer complaint, Thaning was provided with a written
17  confirmation of his obligations under the Form U-4 agreement to arbitrate disputes, including
18  disputes between him and USBSFS. Attached as Exhibit B is a true and correct copy of a cover
19  memorandum dated November 26, 2001 containing the written confirmation which was provided
20  to Thaning, as well as the amended disclosures to the Form U-4 Agreement signed by both me
21  and Thaning. Attached as Exhibit C is a true and correct copy of a cover memorandum dated
22  February 13, 2003 containing the written confirmation which was provided to Thaning, as well
23  as the amended disclosures to the Form U-4 Agreement signed by both me and Thaning.

24      4.    UBSFS, as a registered securities broker/dealer was, at all relevant times,
25  and currently is a member firm of the Financial Industry Regulatory Authority ("FINRA") or its
26  predecessor entities -- the NASD and the enforcement unit of the New York Stock Exchange.

27      5.    Attached as Exhibit D is a true and correct copy of the UBS PartnerPlus
28  Plan for Financial Advisors, which represents the amendment and restatement of the previous

1  plan document, the PaineWebber PartnerPlus Plan sponsored by UBSFS's predecessor entity,
2  Paine Webber Group Inc.  This version of the UBS PartnerPlus Plan was in effect as of January
3  1, 2004.
4        6. Attached as Exhibit E is a true and correct copy of the Form U-5 submitted to
5  FINRA which sets forth the reasons for Thaning's termination.

7  I declare under penalty of perjury that the foregoing is true and correct.
8  Executed this 11th day of January, 2008 in Walnut Creek, California.

      /s/ Michael O'Connell
      Michael O'Connell

1  <u>ATTESTATION CLAUSE</u>

2      I, Walter M. Stella, am the ECF user whose ID and password are being used to

3  file this Declaration of Michael O'Connell.  In compliance with General Order 45, X.B., I hereby

4  attest that Michael O'Connell has concurred in this filing, and that I have on file Mr. O'Connell's

5  holograph signature on this Declaration.

6

7  DATED: January 11, 2008        BINGHAM McCUTCHEN LLP

8

9                                           By: /s/ Walter M. Stella
10                                                Walter M. Stella
                                                Attorneys for Defendant
11                                  UBS Financial Services Inc. (also sued as
                             UBS/Paine Webber) and UBS PartnerPlus Plan
12                                (erroneously sued as UBS/Paine Webber
                                     Partner's Plus)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28