# EXHIBIT A

**FOR TRANSFER**

*If there is an amendment to this page, complete only items 1, 2, 3, 4 and items being amended*

| (1) LAST NAME | JR/SR etc | FIRST NAME | MIDDLE NAME (SPECIFY IF NONE) | (2) APPLICANT'S CRD # |
|---|---|---|---|---|
| THANING | | ALVA | GENE | 180835 |

| (3) FIRM CRD # | (4) FIRM NAME (Do not include this employment under item 19, page 2) | SOC SEC # 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 |
|---|---|---|
| 8174 | PaineWebber Incorporated | APPLICANT'S NFA # |

FIRM NFA #

(5) FIRM MAIN ADDRESS — STREET: 1285 Avenue of Americas — CITY: New York — STATE: New York — ZIP: 10019

(6) EMPLOYMENT DATE: 12-07-87

(7) BRANCH ID # / OFFICE OF EMPLOYMENT ADDRESS — STREET: FN 100 CALIF ST. 3rd. — CITY: San Francisco — STATE: Ca. — ZIP: 94111

(8) Will applicant maintain registration with another Broker Dealer not under common ownership or control with the firm named in Item 4 above? Yes [ ] No [X]
(If "Yes", list in item 19)
If "Yes" has/have the firm(s) been contacted? [ ] Yes [ ] No

(9) Will applicant maintain multiple registrations with Broker Dealers under common ownership or control with the firm named in Item 4 above? [ ] Yes [X] No
If "Yes", fill in information below
Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____
Firm CRD # _____ Name of Firm _____

(10) TO BE REGISTERED WITH THE FOLLOWING

SRO: [ ] ASE  [ ] BSE  [ ] CBOE  [ ] CSE  [ ] MSE  [X] NASD  [ ] NFA  [X] NYSE  [ ] PHLX  [ ] PSE  [ ] OTHER (Specify):

STATE: [ ] AL [ ] AK [ ] AZ [ ] AR [X] CA [ ] CO [ ] CT [ ] DE [ ] DC [ ] FL [ ] GA [ ] HI [ ] ID
[ ] IL [ ] IN [ ] IA [ ] KS [ ] KY [ ] LA [ ] ME [ ] MD [ ] MA [ ] MI [ ] MN [ ] MS [ ] MO
[ ] MT [ ] NE [ ] NV [ ] NH [ ] NJ [ ] NM [ ] NY [ ] NC [ ] ND [ ] OH [ ] OK [ ] OR [ ] PA
[ ] RI [ ] SC [ ] SD [ ] TN [ ] TX [ ] UT [ ] VT [ ] VA [ ] WA [ ] WV [ ] WI [ ] WY [ ] PR

BY FAQS

(11) TYPE OF EXAMINATION/REGISTRATION REQUESTED (check all applicable categories)

[ ] S 3 (CR) Commodity Futures
[ ] S 4 (OP) Registered Options Principal
[ ] S 5 (IO) Interest Rate Options
[ ] S 6 (IR) Investment Company and Variable Contracts Products Representative
[X] S 7 (GS) Full Registration-General Securities Representative
[ ] S-8 (SU) General Securities Sales Supervisor
[ ] S-8 (BM) Branch Office Manager (NYSE)
[ ] S 15 (FC) Foreign Currency Options

[ ] S 16 (SA) Supervisory Analyst
[ ] S 22 (DR) Direct Participation Programs Representative
[ ] S 24 (GP) General Securities Principal
[ ] S 26 (IP) Investment Company and Variable Contracts Products Principal
[ ] S 27 (FN) Financial and Operations Principal
[ ] S 39 (DP) Direct Participation Programs Principal
[ ] S-41 (AM) Allied Member
[ ] S-42 (OR) Options Representative

[ ] S 52 (MR) Municipal Securities Representative
[ ] S 53 (MP) Municipal Securities Principal
[ ] S 54 (FM) Municipal Securities Financial and Operations Principal
[ ] S-62 (CS) Corporate Securities Representative
[ ] S 63 (AG) Agent
[ ] Member Exchange
[ ] Reschedule Exam Series _____
[X] Other Series #63

**THIS PORTION MUST BE COMPLETED FOR ALL PARTIAL FILINGS**

(12) APPLICANT'S CURRENT ADDRESS: _____ STREET _____ CITY _____ STATE _____ ZIP _____ FROM MONTH/YEAR

FIRM(S) APPLICANT IS TRANSFERRING FROM: _____
TERMINATION DATE: (Mo./Day/Yr.)

[ ] CHECK IF THIS U-4 IS BEING FILED TO MAKE PERMANENT A TEMPORARY REGISTRATION (TAT).

The appropriate signatory area DOES NOT have to be completed UNLESS this page is being submitted as an a_____ment.

MONTH DAY _____

TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY | CRD USE ONLY

Rev Form U-4 4/85

Page 1

## APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER
*If there is an amendment to this page, complete only Items 13, 14 and the Items being amended.*

| (13) FIRM CRD # | SOCIAL SECURITY # | APPLICANT'S CRD # |
|---|---|---|
| 8174 | 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 | |
| FIRM NFA # | | APPLICANT'S NFA # |

### PERSONAL DATA

| (14) LAST NAME | JR./SR. ETC. | FIRST NAME | MIDDLE NAME | (15) OTHER NAMES KNOWN BY |
|---|---|---|---|---|
| Thaning | | Alva | Gene | N/A |

| (16) DATE OF BIRTH (Month, Day, Year) | (17) SEX | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|
| 09-07-39 | Male | 5'11" | 190 | Brown | Brown |

### RESIDENTIAL HISTORY

(18) GIVE ALL ADDRESSES FOR THE PAST FIVE YEARS, STARTING WITH CURRENT ADDRESS.

| STREET | CITY | STATE | ZIP | FROM MONTH/YEAR | TO MONTH/YEAR |
|---|---|---|---|---|---|
| 110 Arlene Lane | Walnut Creek | CA | 94596 | 6 / 74 | PRESENT |

### EMPLOYMENT AND PERSONAL HISTORY

(19) ACCOUNT FOR ALL TIME FOR THE PAST TEN YEARS. Give all employment experience starting with your previous employer and working back ten years. Include full and part-time work, self-employment, military service, unemployment and full-time education. (If this page is being filed as part of a Form BD, start with your present employer instead.)

| NAME / CITY / STATE | FROM MONTH/YEAR | TO MONTH/YEAR | POSITION HELD |
|---|---|---|---|
| NAME: Xerox Corporation / CITY: Walnut Creek / STATE: CA | 1 / 86 | 11 / 87 | Manager, Contract Mark. |
| NAME: Xerox Corporation / CITY: San Francisco / STATE: CA | 4 / 78 | 12 / 85 | National Account Manager |
| NAME: Xerox Corporation / CITY: San Francisco / STATE: CA | 9 / 77 | 3 / 78 | Sales Manager |
| NAME: Xerox Corporation / CITY: San Francisco / STATE: CA | 1 / 77 | 8 / 77 | Sales Training Manager |
| NAME: Xerox Corporation / CITY: Oakland, Santa Ana, Los Angeles / STATE: CA | 7 / 64 | 12 / 76 | Various Sales and Sales Management |

(20) Are you currently engaged in any other business (not shown above) either as a proprietor, partner, officer, director, trustee, employee, agent or otherwise? ☐ YES ☒ NO. If "YES", please explain below:

The appropriate signatory area DOES NOT have to be completed UNLESS this page is being submitted as an amendment.

MONTH DAY YEAR

TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY | CRD USE ONLY

Rev. Form U-4 4/85

Page 2

## FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

*If there is an amendment to this page, complete only Item 21 and Items being amended.*

| 21. FIRM CRD # | SOCIAL SECURITY # | APPLICANT'S CRD # |
|---|---|---|
| FIRM NFA # | 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 | APPLICANT'S NFA # |

**IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS "YES" ATTACH COMPLETE DETAILS**

### 23. DEFINITIONS

- **Charged** — Accused of a crime in a formal complaint, information, or indictment.
- **Investment or Investment-Related** — Pertaining to securities, commodities, banking, insurance, or real estate (including, but not limited to acting as or being associated with a broker-dealer, investment company, investment adviser, futures sponsor, bank, or savings and loan association).
- **Involved** — Doing an act or aiding, abetting, counseling, commanding, inducing, conspiring with or failing reasonably to supervise another in doing an act

**22A.** Have you been convicted of or pled guilty or nolo contendere ("no contest") to:

(1) a felony or misdemeanor involving:
  - investments or an investment-related business,
  - fraud, false statements or omissions,
  - wrongful taking of property, or
  - bribery, forgery, counterfeiting or extortion? .......... [ ] YES [X] NO — 1
(2) gambling? .......... [ ] [X] — 2
(3) any other felony? .......... [ ] [X] — 3

**B.** Have you, or an organization over which you exercised management or policy control, ever been charged with any felony or charged with a misdemeanor specified in question A(1) or (2)? .......... [ ] [X] — 4

**C.** Has any court ever:
(1) enjoined you in connection with any investment-related activity? .......... [ ] [X] — 5
(2) found that you were involved in a violation of investment-related statutes or regulations? .......... [ ] [X] — 6

**D.** Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:
(1) found you to have made a false statement or omission? .......... [ ] [X] — 7
(2) found you to have been involved in a violation of investment-related regulations or statutes? .......... [ ] [X] — 8
(3) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked, or restricted? .......... [ ] [X] — 9
(4) entered an order denying, suspending or revoking your registration or disciplined you by restricting your activities? .......... [ ] [X] — 10

**E.** Has any other Federal regulatory agency or any state regulatory agency ever:
(1) found you to have made a false statement or omission or been dishonest, unfair or unethical? .......... [ ] [X] — 11
(2) found you to have been involved in a violation of investment regulations or statutes? .......... [ ] [X] — 12
(3) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked, or restricted? .......... [ ] [X] — 13
(4) entered an order against you in connection with investment-related activity? .......... [ ] [X] — 14
(5) denied, suspended, or revoked your registration or license or otherwise prevented you from associating with an investment-related business, or disciplined you by restricting your activities? .......... [ ] [X] — 15
(6) revoked or suspended your license as an attorney, accountant or federal contractor? .......... [ ] [X] — 16

**F.** Has any self-regulatory organization or commodities exchange:
(1) found you to have made a false statement or omission? .......... [ ] [X] — 17
(2) found you to have been involved in a violation of its rules? .......... [ ] [X] — 18
(3) found you to have been the cause of an investment-related business having its authorization to do business denied, suspended, revoked or restricted? .......... [ ] [X] — 19
(4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? .......... [ ] [X] — 20

**G.** Has any foreign government, court, regulatory agency, or exchange ever entered an order against you related to investments or fraud? .......... [ ] [X] — 21

**H.** Have you ever been the subject of an investment-related, consumer-initiated complaint or proceeding that:
(1) alleged compensatory damages of $10,000 or more, fraud, or wrongful taking of property? .......... [ ] [X] — 22
(2) was settled or decided against you for $5,000 or more, or found fraud or the wrongful taking of property? .......... [ ] [X] — 23

**I.** Are you now the subject of any complaint, investigation, or proceeding that could result in a "yes" answer to parts A-H of this item? .......... [ ] [X] — 24

**J.** Has a bonding company denied, paid out on, or revoked a bond for you? .......... [ ] [X] — 25

**K.** Do you have any unsatisfied judgments or liens against you? .......... [ ] [X] — 26

**L.** Have you or a firm that you exercised management or policy control over, or owned 10% or more of the securities of, failed in business, made a compromise with creditors, filed a bankruptcy petition or been declared bankrupt? .......... [ ] [X] — 27

**M.** Has a broker or dealer firm that you exercised management or policy control over, or owned 10% or more of the securities of, been declared bankrupt, had a trustee appointed under the Securities Investor Protection Act, or had a direct payment procedure initiated? .......... [ ] [X] — 28

**N.** Have you been discharged or permitted to resign because you were accused of:
(1) violating investment-related statutes, regulations, rules, or industry standards of conduct? .......... [ ] [X] — 29
(2) fraud or the wrongful taking of property? .......... [ ] [X] — 30
(3) failure to supervise in connection with investment-related statutes, regulations, rules or industry standards of conduct? .......... [ ] [X] — 31

The applicant and appropriate signatory area *DOES NOT* have to be completed *UNLESS* this page is being submitted as an amendment.

MONTH DAY YEAR

SIGNATURE OF APPROPRIATE SIGNATORY    CRD USE ONLY

## UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

*If there is an amendment to this page, complete only Item 23 and Items being amended.*

| 22 FIRM CRD # | SOCIAL SECURITY # | APPLICANT'S CRD # |
|---|---|---|
| FIRM NFA # | 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 | APPLICANT'S NFA # |

### THE APPLICANT MUST READ THE FOLLOWING VERY CAREFULLY

1. I swear or affirm that I have read and understand the items and instructions on this form and that my answers (including attachments) are true and complete to the best of my knowledge. I understand that I am subject to administrative, civil or criminal penalties if I give false or misleading answers.

2. I hereby apply for registration with the organizations and states indicated in Item 10 as may be amended from time to time and, in consideration of such organizations and states receiving and considering my application, I submit myself to the jurisdiction of such states and organizations and hereby certify that I agree to abide by, comply with, and adhere to all the provisions, conditions and covenants of the statutes, constitutions, certificates of incorporation, by-laws and rules and regulations of the states and organizations as they are and may be adopted, changed or amended from time to time, and I agree to comply with, be subject to and abide by all such requirements and all rulings, orders, directives and decisions of, and penalties, prohibitions and limitations imposed by such states and organizations, subject to right of appeal as provided by law; and I agree that any decision of such states and organizations as to the results of any examination(s) that I may be required to pass will be accepted by me as final.

3. I further agree that neither the states or organizations nor their officers, employees, and others acting on their behalf shall be liable to me for action taken or omitted to be taken in official capacity or in the scope of employment, except as otherwise provided in the statutes, constitutions, certificates of incorporation, by-laws or the rules and regulations of such states and organizations.

4. I authorize the states and organizations to make available to any employer or prospective employer, or to any federal, state or municipal agency, or any securities or commodities industry self-regulatory organization any information they may have concerning me; and I release the states and organizations, their employees and agents, from any and all liability of whatever nature by reason of furnishing such information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between me and my firm, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions, or by-laws of the organizations with which I register, as indicated in Item 10 as may be amended from time to time.

6. I, the undersigned, for the purpose of complying with the laws of the State(s) designated in Item 10 as may be amended from time to time, relating to sale of securities or commodities, hereby irrevocably appoint the administrator, of each of those State(s), or such other person designated by law, and the successors in such office, my attorney in said State(s) upon whom may be served any notice, process or pleading in any action or proceeding against me arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the aforesaid laws of said State(s) and I do hereby consent that any such action or proceeding against me may be commenced in any court of competent jurisdiction and proper venue within said State(s) by service of process upon said appointee with the same effect as if I were a resident in said States and had lawfully been served with process in said State(s). It is requested that a copy of any notice, process or pleading served hereunder be mailed to me at my residence.

7. I authorize and request any and all of my former employers and any other person to furnish to the agency, jurisdiction or organization with which this application is being filed, or any agent acting on its behalf, any information they may have concerning my credit worthiness, character, ability, business activities, education background, general reputation, together with, in the case of former employers, a history of my employment by them and the reasons for the termination thereof. Moreover, I hereby release each such employer and each such other person from any and all liability of whatever nature by reason of furnishing such information to the agency, jurisdiction or organization or any agent acting on its behalf. Further, I recognize that I may be the subject of an investigative consumer report ordered by the agency, jurisdiction, or organization with which this application is being filed, and as to which I hereby waive any requirement of prior notification. I understand that I have the right to request complete and accurate disclosure by such agency, jurisdiction or organization of the nature and scope of the investigation requested.

8. I understand and certify that the representations herein apply to all employers with whom I seek registration as shown in Items 4 and 9 of this form. I agree to update Form U-4 by causing an amendment to be filed on a timely basis whenever changes occur to answers previously reported on the form. Further, I represent that to the extent any information previously submitted is not amended, such information is currently accurate and complete.

9. If I have become temporarily registered as an agent, I acknowledge that this application for registration with the state(s) and/or organization(s) indicated in Item 10 is separate and distinct from any temporary registration already obtained with the state(s) and/or organization(s). I further understand that under the law(s) of the state(s) and/or the regulation(s) of the organization(s), my registration may be denied, suspended or revoked.

12-7-87
Month  Day  Year

SIGNATURE OF APPLICANT

Alva Gene Thaning
TYPE OR PRINT NAME OF APPLICANT

### THE FIRM MUST COMPLETE THE FOLLOWING

To the best of my knowledge and belief, the applicant is currently bonded where required, and, at the time of approval, will be familiar with the statute(s), constitution(s), rules and by-laws of the agency, jurisdiction or self-regulatory organization with which this application is being filed, and the rules governing registered persons, and will be fully qualified for the position for which application is being made herein. I agree that, notwithstanding the approval of such agency, jurisdiction or organization which hereby is requested, I will not employ the applicant in the capacity stated herein without first receiving the approval of any authority which may be required by law. This firm has communicated with all of the applicant's previous employers for the past three years (five years for commodities).

| EMPLOYER | NAME OF PERSON CONTACTED | POSITION OF PERSON CONTACTED | | |
|---|---|---|---|---|
| Xerox Corp. | Personnel Room | — — | 7/64 11/87 | |

IN ADDITION, I HAVE TAKEN APPROPRIATE STEPS TO VERIFY THE ITEMS AND ATTACHMENTS CONTAINED IN THIS APPLICATION.

THE APPROPRIATE SIGNATORY AREA *MUST BE* COMPLETED ON ALL INITIAL, TRANSFER OR AMENDMENT FILINGS

CRD USE ONLY

12  7  87
MONTH  DAY  YEAR

SIGNATURE OF APPROPRIATE SIGNATORY

**ANTHONY E. CAMERON**
TYPE OR PRINT NAME OF APPROPRIATE SIGNATORY

Rev Form U 4 4/85                    Page 4