# EXHIBIT C

# 5979<?>965
274-03

All U-4 amendment filings are <u>TIME SENSITIVE</u> and must be dealt with as soon as they are received.

# TIME SENSITIVE, DUE BY: 2/17/03
# Please Fax to (201) 352-5163 &

cc: Mike / Gene / Muriel

<u>MAIL ORIGINAL TO:</u> Danielle Coulanges, Associate Manager, 1200 Harbor Boulevard, 10th Floor, Weehawken, New Jersey 07086. Please call me at 201-352-6694 with any questions.

Legal

**UBS PaineWebber**

VIA FACSIMILE: (925) 746-0280
Interoffice Memorandum

FEB 12 P 8:28

TO:    Michael O'Connell
       (925) 937-1200

FROM:  Danielle Coulanges

DATE:  February 13, 2003

RE:    U-4 amendment for FA Gene Thaning
       (Client's claim denied.)

The National Association of Securities Dealers requires that we submit an amendment to the CRD when a Financial Advisor is a named respondent / defendant in an investment related, consumer initiated written complaint; or whenever a Financial Advisor is the subject of investment related, consumer initiated written complaint that alleges the Financial Advisor is involved in one or more sales practice violations, with a claim for compensatory damages of $5,000 or more. If there is no damage amount alleged, the complaint must be reported unless the firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000.

The U4 Amendment must be filed regardless of whether the complaint has any merit; the filing requirement is activated simply by the allegation.

- Please have the F.A. sign as the *APPLICANT* and enter the date on the last page where the signature lines are indicated.
- The Branch Manager must print and sign their name as the *APPROPRIATE SIGNATORY* on the same page and enter the date as well.
- The F.A. may provide a brief statement regarding the allegations. I ask that you type your statement and forward it to me along with the signed U4 Amendment. I will input the information on your U4 Amendment before it is transmitted to the NASD. Please be advised that your comments may be publicly disseminated and we therefore urge you to use discretion.

Please return the U4 Amendment with <u>original signatures</u> to my attention at the address below within 3 days of receipt. It is essential that I receive the original signed copy.

On January 18, 2000 the NASD adopted a new rule (Rule 3080) which requires member firms to provide its registered persons with the attached disclosure whenever the registered persons submit a completed Form U-4 or amendment thereto.

02/13/2003 12:08 FAX 2013525163          UBS PAINEWEBBER                              ☒002

<u>NASD Rule 3080.</u> Disclosure to Associated Persons When Signing Form U-4. A member shall provide an associated person with the following written statement whenever the associated person is asked to sign a new or amended Form U-4.

The Form U-4 contains a predispute arbitration clause. It is in item 5 on page 4 of the Form U-4. You should read that clause now. Before signing the Form U-4, you should understand the following:

(1) You are agreeing to arbitrate any dispute, claim or controversy that may arise between you and your firm, or a customer, or any other person, that is required to be arbitrated under the rules of the self-regulatory organizations with which you are registering. This means you are giving up the right to sue a member, customer, or another associated person in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.

(2) A claim alleging employment discrimination, including a sexual harassment claim, in violation of a statute is not required to be arbitrated under NASD rules. Such a claim may be arbitrated at the NASD only if the parties have agreed to arbitrate it, either before or after the dispute arose. The rules of other arbitration forums may be different.

(3) Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.

(4) The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.

(5) The arbitrators do not have to explain the reason(s) for their award.

(6) The panel of arbitrators may include arbitrators who were or are affiliated with the securities industry, or public arbitrators, as provided by the rules of the arbitration forum in which a claim is filed.

(7) The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.

| Individual Name: THANING, GENE ALVA | SSN: 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 |
|---|---|
| Individual CRD#: 1801815 | Firm CRD#: 8174 |

**U4 - AMENDMENT**
**02/12/2003**

Rev. Form U-4 (03/2002)

## CRIMINAL DRP

No Information Filed

Rev. Form U-4 (03/2002)

## REGULATORY ACTION DRP

No Information Filed

Rev. Form U-4 (03/2002)

## CIVIL JUDICIAL DRP

No Information Filed

Rev. Form U-4 (03/2002)

## CUSTOMER COMPLAINT DRP

This Disclosure Reporting Page is an ○ INITIAL OR ⊙ AMENDED response to report details for affirmative response to *Question 14I* on Form U-4;

Check question(s) you are responding to:

**Customer Complaint**

☐ 14I(1)(a)    ☐ 14I(1)(b)    ☐ 14I(1)(c)    ☐ 14I(2)    ☒ 14I(3)(a)    ☐ 14I(3)(b)

One event may result in more than one affirmative answer to the above items. Use only one DRP to report details related to one customer complaint. Use a separate DRP for each customer complaint.

1. Customer Name(s):
   GEORGE PAGAN

2. Customer(s) State of Residence:
   California
   Other state(s) of residence/detail:

3. Employing Firm when activities occurred which led to the complaint:
   UBS PAINEWEBBER INC.

4. Date Complaint was received (MM/DD/YYYY):
   09/19/2001   ⊙ Exact   ○ Explanation
   If not exact, provide explanation:

5. Allegation(s) and a brief summary of events related to the allegation(s) including dates when activities leading to the allegation(s) occurred:
   CUSTOMER CLAIMS THAT HE ADVISED HIS BROKER THAT HE WAS INTERESTED IN A CONSERVATIVE PORTFOLIO BUT LATER FOUND OUT THAT HE WAS IN AGGRESSIVE INVESTMENTS. ADDITIONALLY, CUSTOMER CLAIMS THAT BROKER FAILED TO ADVISE HIM OF REGULATION 721 REQUIREMENTS. TIME PERIOD: 2000-2001. DAMAGES UNSPECIFIED BUT ESTIMATED TO BE GREATER THAN $5,000.

6. Principal Product Type:

| | |
|---|---|
| Mutual Fund(s)<br>Other Product Types:<br>& EQUITIES | |
| 7. Alleged Compensatory Damage Amount: | $ |
| 8. Is complaint pending? ○ Yes  ● No | |
| 9. If the complaint is not pending, provide status:<br>If status is settlement, complete questions 11 and 12;<br>If status is arbitration/reparation, complete questions 13-19;<br>If status is litigation, complete questions 20-27. Complete question 28 for all statuses.<br><br>☐ Closed/No Action   ☐ Withdrawn   ☑ Denied<br>☐ Settled   ☐ Arbitration/Reparation   ☐ Litigation | |
| 10. Status Date (MM/DD/YYYY):<br><br>01/20/2003  ● Exact  ○ Explanation<br>If not exact, provide explanation: | |
| 11. Settlement Amount (If settled without Arbitration, Litigation or Reparation): | $ |
| 12. Individual Contribution Amount: | $ |
| **IF ARBITRATION OR CFTC REPARATION** | |
| 13. Arbitration/Reparation claim filed with (NASD, AAA, NYSE, CBOE, CFTC, etc.) and Docket/Case Number: | |
| 14. Date notice/process was served (MM/DD/YYYY):<br><br>○ Exact  ○ Explanation<br>If not exact, provide explanation: | |
| 15. Is arbitration/reparation pending? ○ Yes  ○ No | |
| 16. If the arbitration is not pending, what was the disposition? | |
| 17. Disposition Date (MM/DD/YYYY):<br><br>○ Exact  ○ Explanation<br>If not exact, provide explanation: | |
| 18. Amount of Monetary Compensation (award, settlement, reparation amount) | $ |
| 19. Individual Contribution Amount:  $ | |
| **IF CIVIL LITIGATION** | |
| 20. Court that case was filed in (include name of Federal, Military, State or Foreign Court, Location of Court - City or County and State or Country, Docket/Case number). | |

21. Date notice/process was served (MM/DD/YYYY):
   ○ Exact  ○ Explanation
   If not exact, provide explanation:

22. Is the civil litigation pending? ○ Yes  ○ No

23. If the civil litigation is not pending, what was the disposition?

24. Disposition Date (MM/DD/YYYY):
   ○ Exact  ○ Explanation
   If not exact, provide explanation:

25. Amount of Monetary Compensation (judgment, restitution, settlement amount):  $

26. Individual Contribution Amount:  $

27. If the action is currently on appeal enter date appeal filed (MM/DD/YYYY):
   ○ Exact  ○ Explanation
   If not exact, provide explanation:

28. Provide details as to dispositions, including any limits or conditions. (Your information must fit within the space provided.)

02/13/2003 12:09 FAX 2013525163            UBS PAINEWEBBER                                    ⓘ006

Web CRD - U4 Print Preview » 14. Disclosure... [User Name: VassellC, OrgID: 8174]    Page 1 of 3

| Individual Name: THANING, GENE ALVA | SSN: 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 |
|---|---|
| Individual CRD#: 1801815 | Firm CRD#: 8174 |

**U4 - AMENDMENT**
**02/12/2003**

Rev. Form U-4 (03/2002)

## 14. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S)

REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U-4 INSTRUCTIONS FOR EXPLANATIONS OF ITALICIZED TERMS.

### Criminal Disclosure

**14A. (1) Have you ever:**                                                                         YES  NO

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*?          ○   ⊙

    (b) been *charged* with any *felony*?          ○   ⊙

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**

    (a) been convicted of or pled guilty or nolo contendere ('no contest') in a domestic or foreign court to any *felony*?          ○   ⊙

    (b) been *charged* with any *felony*?          ○   ⊙

**14B. (1) Have you ever:**

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving:* investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses?          ○   ⊙

    (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)?          ○   ⊙

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**

    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 14B(1)(a)?          ○   ⊙

    (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)?          ○   ⊙

### Regulatory Disciplinary Actions

**14C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:**          YES  NO

    (1) *found* you to have made a false statement or omission?          ○   ⊙

    (2) *found* you to have been *involved* in a violation of its regulations or statutes?          ○   ⊙

    (3) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?          ○   ⊙

    (4) entered an *order* against you in connection with *investment-related* activity?          ○   ⊙

    (5) imposed a civil money penalty on you, or *ordered* you to cease and desist from any activity?          ○   ⊙

**14D. Has any other Federal regulatory agency or any state regulatory agency or *foreign financial regulatory authority* ever:**

https://www.webcrd.com/lcmb/U4U5/CRD_FRM_U4U5ViewHist.asp?FR=PH_DIS&RefN...    2/12/2003

| | | |
|---|---|---|
| (1) _found_ you to have made a false statement or omission or been dishonest, unfair or unethical? | ○ | ◉ |
| (2) _found_ you to have been _involved_ in a violation of _investment-related_ regulation(s) or statute(s)? | ○ | ◉ |
| (3) _found_ you to have been a cause of an _investment-related_ business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ◉ |
| (4) entered an _order_ against you in connection with an _investment-related_ activity? | ○ | ◉ |
| (5) denied, suspended, or revoked your registration or license or otherwise, by _order_, prevented you from associating with an _investment-related_ business or restricted your activities? | ○ | ◉ |

**14E. Has any _self-regulatory organization_ or commodities exchange ever:**

| | | |
|---|---|---|
| (1) _found_ you to have made a false statement or omission? | ○ | ◉ |
| (2) _found_ you to have been _Involved_ in a violation of its rules (other than a violation designated as a _"minor rule violation"_ under a plan approved by the U.S. Securities and Exchange Commission)? | ○ | ◉ |
| (3) _found_ you to have been the cause of an _investment-related_ business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ◉ |
| (4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? | ○ | ◉ |

**14F. Has your authorization to act as an attorney, accountant or federal contractor ever been revoked or suspended?**    ○    ◉

**14G. Have you been notified, in writing, that you are now the subject of any:**

| | | |
|---|---|---|
| (1) regulatory complaint or _proceeding_ that could result in a "yes" answer to any part of 14C, D or E? _(If yes, complete the Regulatory Action Disclosure Reporting Page.)_ | ○ | ◉ |
| (2) _Investigation_ that could result in a "yes" answer to any part of 14A, B, C, D or E? _(If yes, complete the Investigation Disclosure Reporting Page.)_ | ○ | ◉ |

**Civil Judicial Actions**

**14H. (1) Has any domestic or foreign court ever:**    YES NO

| | | |
|---|---|---|
| (a) _enjoined_ you in connection with any _investment-related_ activity? | ○ | ◉ |
| (b) _found_ that you were _Involved_ in a violation of any _investment-related_ statute(s) or regulation(s)? | ○ | ◉ |
| (c) dismissed, pursuant to a settlement agreement, an _investment-related_ civil action brought against you by a state or _foreign financial regulatory authority_? | ○ | ◉ |
| (2) Are you named in any pending _investment-related_ civil action that could result in a "yes" answer to any part of 14H(1)? | ○ | ◉ |

**Customer Complaints**

**14I. (1) Have you ever been named as a respondent/defendant in an _investment-related_, consumer-initiated arbitration or civil litigation which alleged that you were _involved_ in one or more _sales practice violations_ and which:**    YES NO

| | | |
|---|---|---|
| (a) is still pending, or; | ○ | ◉ |
| (b) resulted in an arbitration award or civil judgment against you, regardless of | ○ | ◉ |

Case 3:07-cv-05528-PJH   Document 18-4   Filed 01/11/2008   Page 9 of 10

02/13/2003 22:10 FAX 2013525103   UBS PAINEWEBBER   ⌀008
Web CRD - U4 Print Preview » 14. Disclosure... [User Name: VassellC, OrgID: 8174]   Page 3 of 3

amount, or,
(c) was settled for an amount of $10,000 or more?

(2) Have you ever been the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 14I(1) above, which alleged that you were *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more?

(3) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under question 14I(1) or (2) above, which:

(a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or;

(b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities?

### Terminations

**14J.** Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of:   YES NO

(1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct?

(2) fraud or the wrongful taking of property?

(3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?

### Financial

**14K.** Within the past 10 years:   YES NO

(1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition?

(2) based upon events that occurred while you exercised *control* over it, has an organization made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition?

(3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct payment procedure initiated under the Securities Investor Protection Act?

**14L.** Has a bonding company ever denied, paid out on, or revoked a bond for you?

**14M.** Do you have any unsatisfied judgments or liens against you?

| 15. SIGNATURE SECTION |  |
|---|---|

| Please Read Carefully |  |
|---|---|
| All signatures required on this Form U-4 filing must be made in this section. | |
| 15D. | INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT<br>This section must be completed on any amendment filing that amends any information in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP). |
| 15E. | FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS<br>This section must be completed on all amendment form filings |

**15D. AMENDMENT INDIVIDUAL/APPLICANT'S ACKNOWLEDGEMENT AND CONSENT**

Date (MM/DD/YYYY)      Signature of (FA) Applicant __A. G. Thaning__

__2-14-03__            Printed Name __A. G. Thaning__

**15E. FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS**

Date (MM/DD/YYYY)      Signature of Appropriate Signatory __[signature]__

__2-14-03__            Printed Name __Michael O'Connell__