# EXHIBIT E

# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

U5 - FULL
02/16/2005

Rev. Form U5 (06/2003)

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

*Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.*

## 1. GENERAL INFORMATION

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| GENE | ALVA | THANING | |

| Firm CRD #: | Firm Name: | CRD Branch #: | Firm NFA #: |
|---|---|---|---|
| 8174 | UBS FINANCIAL SERVICES INC. | | |

| Firm Billing Code: | Individual CRD #: | Individual SSN: | Individual NFA #: |
|---|---|---|---|
| KW0 | 1801835 | 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 | |

| Office of Employment Address Street 1: | Office of Employment Address Street 2: |
|---|---|
| 2185 N CALIFORNIA BLVD | SUITE 400 |

| City: | State: | Country: | Postal Code: |
|---|---|---|---|
| WALNUT CREEK | California | USA | 94596 |

**Private Residence Check Box:**
If the Office of Employment address is a private residence, check this box. ☐

---

Rev. Form U5 (06/2003)

## 2. CURRENT RESIDENTIAL ADDRESS

### NOTICE TO THE FIRM

*This is the last reported residential address. If this is not current, please enter the current residential address.*

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 06/1974 | PRESENT | 110 ARLENE LANE | WALNUT CREEK | CA | United States | 94596 |

---

Rev. Form U5 (06/2003)

## 3. FULL TERMINATION

**Is this a FULL TERMINATION?** ● Yes ○ No
Note: A "Yes" response will terminate ALL registrations with all *SROs* and all *jurisdictions*.

**Reason for Termination:** * Discharge  * Provide an explanation below

MR. THANING'S EMPLOYMENT WAS TERMINATED WHEN THE FIRM LEARNED THAT HE HAD SIGNED A CLIENT'S NAME TO A DOCUMENT AND

MISREPRESENTED HIS CONDUCT IN RESPONSE TO AN INQUIRY FROM MANAGEMENT REGARDING THE MATTER. MR. THANING DID NOT PROFIT FROM THIS CONDUCT.

Rev. Form U5 (06/2003)

### 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 01/19/2005
A complete date of termination is required for full or partial termination. This date represents the actual date that the termination of registration is effective.

Rev. Form U5 (06/2003)

### 6. AFFILIATED FIRM TERMINATION

No Information Filed

Rev. Form U5 (06/2003)

### 7. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

**Investigation Disclosure**

|     |     | YES | NO |
|---|---|---|---|
| 7A. | Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ◉ |

**Internal Review Disclosure**

|     |     | YES | NO |
|---|---|---|---|
| 7B. | Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ◉ |

**Criminal Disclosure**

|     |     | YES | NO |
|---|---|---|---|
| 7C. | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | |
| 1. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ◉ |
| 2. | *charged* with any *felony*? | ○ | ◉ |
| 3. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, | ○ | ◉ |

|  | | YES | NO |
|---|---|---|---|
| | counterfeiting, extortion, or a conspiracy to commit any of these offenses? | | |
| 4. | *charged* with a *misdemeanor* specified in 7(C)(3)? | ○ | ◉ |

### Regulatory Action Disclosure

|  | | YES | NO |
|---|---|---|---|
| 7D. | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses? | ○ | ◉ |

### Customer Complaint/Arbitration/Civil Litigation Disclosure

|  |  | | YES | NO |
|---|---|---|---|---|
| 7E. | 1. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which: | | |
| | | (a) is still pending, or; | ○ | ◉ |
| | | (b) resulted in an arbitration award or civil judgment against the individual, regardless of amount, or; | ○ | ◉ |
| | | (c) was settled for an amount of $10,000 or more. | ○ | ◉ |
| | 2. | In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 7 (E)(1) above, which alleged that the individual was *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more? | ◉ | ○ |
| | 3. | In connection with events that occurred while the individual was employed or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(1) or 7(E)(2) above, which: | | |
| | | (a) would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or | ○ | ◉ |
| | | (b) would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*. | ○ | ◉ |

### Termination Disclosure

|  |  | | YES | NO |
|---|---|---|---|---|
| 7F. | Did the individual voluntarily *resign* from your firm, or was the individual discharged or permitted to *resign* from your firm, after allegations were made that accused the individual of: | | | |
| | 1. | violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ◉ | ○ |
| | 2. | fraud or the wrongful taking of property? | ○ | ◉ |
| | 3. | failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ◉ |

| Rev. Form U5 (06/2003) |
|---|
| **8. SIGNATURE** |

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A. FIRM ACKNOWLEDGMENT
This section must be completed on all U5 form filings submitted by the *firm*.

8B. INDIVIDUAL ACKNOWLEDGMENT AND CONSENT
This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

| **8A. FIRM ACKNOWLEDGMENT** |
|---|

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

| **Person to contact for further information** | **Telephone # of person to contact** |
|---|---|
| MICHAEL SOLOMON | 201-352-6669 |

| **Signature of *Appropriate Signatory*** | **Date (MM/DD/YYYY)** |
|---|---|
| RAYMOND ROBERTELLO | 02/16/2005 |

Type or Print Name of Appropriate Signatory _____

| Rev. Form U5 (06/2003) |
|---|
| **INVESTIGATION DRP** |
| No Information Filed |

| Rev. Form U5 (06/2003) |
|---|
| **INTERNAL REVIEW DRP** |
| No Information Filed |

| Rev. Form U5 (06/2003) |
|---|
| **CRIMINAL DRP** |
| No Information Filed |

| Rev. Form U5 (06/2003) |
|---|
| **TERMINATION DRP** |

This Disclosure Reporting Page is an ⊙ **INITIAL OR** ○ **AMENDED** response to report details for affirmative response to *Question 7F* on Form U5;

**Check question(s) you are responding to:**

**Termination**

| | | |
|---|---|---|
| ☑ 7F(1) | ☐ 7F(2) | ☐ 7F(3) |

One event may result in more than one affirmative answer to the above items. Use only one DRP to report details related to the same termination. Use a separate DRP for each termination reported.

1. Firm Name:
   UBS FINANCIAL SERVICES INC.

2. Termination Type:
   Discharged

3. Termination Date (MM/DD/YYYY):
   01/19/2005  ⊙ Exact  ○ Explanation
   If not exact, provide explanation:

4. Allegation(s):
   MR. THANING'S EMPLOYMENT WAS TERMINATED WHEN THE FIRM LEARNED THAT HE HAD SIGNED A CLIENT'S NAME TO A DOCUMENT AND MISREPRESENTED HIS CONDUCT IN RESPONSE TO AN INQUIRY FROM MANAGEMENT REGARDING THE MATTER. MR. THANING DID NOT PROFIT FROM THIS CONDUCT.

5. Principal Product Type:
   Other
   Other Product Types:
   NON-APPLICABLE

6. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the termination. Your information must fit within the space provided.

Rev. Form U5 (06/2003)

**REGULATORY ACTION DRP**

No Information Filed

Rev. Form U5 (06/2003)

**CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP**

No Information Filed