1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   BRYAN E. DALEY (SBN 227517)
3  bryan.daley@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc. (also sued as UBS/Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  Alva Gene Thaning,                      No. 07-5528 MJJ

14          Plaintiff,                      **APPENDIX OF SELECT AUTHORITIES CITED IN DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**
15      v.

16  UBS/Paine Webber, UBS/Paine Webber Partner's
    Plus, UBS Financial Services, Inc.,
17                                          Date:   February 26, 2008
            Defendants.                     Time:   9:30 a.m.
18                                          Place:  Courtroom 11, 19th Flr.
                                            Judge:  Hon. Martin J. Jenkins
19

20

21

22

23

24

25

26

27

28

A/72381249.1                                              CASE NO.: 07-5528 MJJ

APPENDIX OF SELECT AUTHORITIES CITED IN DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS

1         Defendants UBS Financial Services Inc., (also sued as UBS/Paine Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus) submit the following select authorities cited in Defendants' Motion to Compel Arbitration and Stay Proceedings:

    1.    Masucci, *Securities Arbitration - A Success Story: What Does the Future Hold?*, 31 Wake Forest Law Review, 183 (1996)

    2.    *Ottoman v. Fadden*, 575 N.W.2d 593, 594 (Minn. Ct. App. 1998)

    3.    NASD Code of Arbitration Procedure for Industry Disputes § 13200

DATED: January 11, 2008        Bingham McCutchen LLP

By:    /s/ Walter M. Stella
Walter M. Stella
Attorneys for Defendants
UBS Financial Services Inc (also sued as UBS/Paine Webber) and UBS/Paine Webber Partner's Plus (erroneously sued as UBS/Paine Webber Partner's Plus)