1    Bingham McCutchen LLP
     WALTER M. STELLA (SBN 148215)
2    walter.stella@bingham.com
     Three Embarcadero Center
3    San Francisco, CA  94111-4067
     Telephone:  415.393.2000
4    Facsimile:  415.393.2286

5    Attorneys for Defendants
     UBS Financial Services Inc. (also sued as UBS/Paine
6    Webber) and UBS PartnerPlus Plan (erroneously sued as
     UBS/Paine Webber Partner's Plus)

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   Alva Gene Thaning,                    No. 07-5528 MJJ

13              Plaintiff,                 NOTICE OF CHANGE IN COUNSEL

14        v.

15   UBS/Paine Webber, UBS/Paine Webber Partner's
     Plus, UBS Financial Services Inc.,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

     A/72418178.1/0377878-0000329911                    CASE NO.: 07-5528 MJJ

1    TO ALL PARTIES AND ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that effective immediately Bryan E. Daley should be

3 removed from the email notification in this matter, as he is no longer with the firm of Bingham

4 McCutchen LLP, counsel to the defendants.  Walter Stella, of Bingham McCutchen LLP,

5 remains as lead counsel for Defendants UBS Financial Services Inc. (also sued as UBS/Paine

6 Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus).

7

8

DATED:  February 7, 2008

9

10    Bingham McCutchen LLP

11

12

By:_____ /s/ Bryan E. Daley_____

13    Bryan E. Daley
Attorneys for Defendants
14    UBS Financial Services Inc. (also sued as
UBS/Paine Webber) and UBS PartnerPlus Plan
15    (erroneously sued as UBS/Paine Webber
Partner's Plus)
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL