1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   JACQUELINE S. BRONSON (SBN 222169)
3  jacqueline.bronson@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc. (also sued as Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| 13 | Alva Gene Thaning, | No. 07-5528 MJJ |
|----|---|---|
| 14 | Plaintiff,<br>v. | **DECLARATION OF JACQUELINE S. BRONSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| 15 | UBS/Paine Webber, UBS/Paine Webber Partner's Plus, UBS Financial Services, Inc., | |
| 16 | | |
| 17 | Defendant. | |
| 18 | | Date:     February 26, 2008<br>Time:    9:30 a.m.<br>Place:   Courtroom 11, 19th Flr.<br>Judge:  Hon. Martin J. Jenkins |
| 19 | | |
| 20 | | |

21

22         I, JACQUELINE S. BRONSON, declare as follows:

23         1.     I am an associate at the law firm of Bingham McCutchen LLP duly

24  admitted to practice law in the State of California, and if called as a witness I could and would

25  testify to the following facts.

26

A/72427058.1/0999992-0000982001                                     Case No.:  07-5528 MJJ

2. Plaintiff's Opposition to Defendants UBS Financial Services Inc. (also sued as UBS/Paine Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus) (collectively, "Defendants" or "UBS")'s Motion To Compel Arbitration was due on Tuesday, February 5, 2008. Plaintiff did not serve on UBS or file with the Court any Opposition on that date. He did not ask UBS at any point in time for an extension.

3. On Friday, February 8, 2008, three days after Plaintiff's Opposition was due, Plaintiff provided UBS's counsel with a hard copy of the brief. He did not electronically serve UBS with the Opposition. To UBS's present knowledge, Plaintiff still has not electronically filed the Opposition though this case is subject to e-filing and according to the docket report still has not filed the papers by any means with the Court.

4. In Plaintiff's counsel's declaration, he contends that he was not served with a copy of the brief. That is incorrect. Plaintiff's counsel was properly served pursuant to Local Rule 5-5(b). On January 11, 2008, UBS electronically filed its moving papers with the Court consistent with the Court's Local Rules regarding cases subject to e-filing. The Court's automatic notice of filing return e-mail indicated that Plaintiff's counsel of record from the law firm Aspelin & Bridgman LLP was electronically served. Plaintiff's counsel and thereby Plaintiff thus was served with UBS's moving papers on January 11, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on the 12 of February, 2008 in San Francisco, California.

/s/ Jacqueline S. Bronson
Jacqueline S. Bronson