1  Bingham McCutchen LLP
   WALTER M. STELLA (SBN 148215)
2  walter.stella@bingham.com
   JACQUELINE S. BRONSON (SBN 222169)
3  jacqueline.bronson@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendants
   UBS Financial Services Inc. (also sued as UBS/Paine
7  Webber) and UBS PartnerPlus Plan (erroneously sued as
   UBS/Paine Webber Partner's Plus)
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | Alva Gene Thaning, | No. 07-5528 MJJ |
|---|---|
14 | Plaintiff, | **APPENDIX OF SELECT AUTHORITIES CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
15 | v. | |
16 | UBS/Paine Webber, UBS/Paine Webber Partner's Plus, UBS Financial Services, Inc., | |
17 | Defendants. | |
18 |  | Date:  February 26, 2008<br>Time:  9:30 a.m.<br>Place: Courtroom 11, 19th Flr.<br>Judge: Hon. Martin J. Jenkins |

A/72427141.1/0999992-0000982001                                    CASE NO.: 07-5528 MJJ

APPENDIX OF SELECT AUTHORITIES CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION
TO COMPEL ARBITRATION AND STAY PROCEEDINGS

1 | Defendants UBS Financial Services Inc., (also sued as UBS/Paine Webber) and
2 | UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus) submit the
3 | following select authorities cited in Defendants' Reply in Support of Motion to Compel
4 | Arbitration and Stay Proceedings:
5 |    1.    NASD Code of Arbitration Procedure for Industry Disputes § 13904.
6 |
7 | DATED: February 12, 2008     Bingham McCutchen LLP
8 |
9 |
10 | By: /s/ Walter M. Stella
11 | Walter M. Stella
Attorneys for Defendants
UBS Financial Services Inc (also sued as
UBS/Paine Webber) and UBS/Paine Webber
Partner's Plus (erroneously sued as UBS/Paine
Webber Partner's Plus)

A/72427141.1/0999992-0000982001    2    CASE NO.: 07-5528 MJJ

APPENDIX OF SELECT AUTHORITIES CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION
TO COMPEL ARBITRATION AND STAY PROCEEDINGS