# EXHIBIT 1

FINRA | This section is part of a frameset. This page contains the main content of the fra... Page 1 of 2

Case 3:07-cv-05528-PJH   Document 24-2   Filed 02/12/2008   Page 2 of 3

Location: NASD > Manual > Rules of the Association > Procedural Rules (8000–14000) > 13000. NASD Code of Arbitration Procedure for Industry Disputes > Part IX Fees and Awards > 13904. Awards

<< Previous                                                                                                              Next

## 13904. Awards

Notices (1 link)

**The Industry Code will apply to claims filed on or after April 16, 2007. In addition, the list selection provisions of the Industry Code will apply to previously filed claims in which a list of arbitrators must be generated after April 16, 2007; in these cases, however, the claim will continue to be governed by the remaining provisions of the old Code unless all parties agree to proceed under the new Code. Contact your case administrator for details.**

(a) All awards shall be in writing and signed by a majority of the arbitrators or as required by applicable law. Such awards may be entered as a judgment in any court of competent jurisdiction.

(b) Unless the applicable law directs otherwise, all awards rendered under the Code are final and are not subject to review or appeal.

(c) The Director will serve a copy of the award on each party or the representative of the party. The Director will serve the award by using any method available and convenient to the parties and the Director, and that is reasonably expected to cause the award to be delivered to all parties, or their representative, on the same day. Methods the Director may use include, but are not limited to, first class, registered or certified mail, hand delivery, and facsimile or other electronic transmission.

(d) The panel shall endeavor to render an award within 30 business days from the date the record is closed.

(e) The award shall contain the following:

The names of the parties;

The name of the parties' representatives, if any;

An acknowledgement by the arbitrators that they have each read the pleadings and other materials filed by the parties;

A summary of the issues, including the type(s) of any security or product, in controversy;

The damages and other relief requested;

The damages and other relief awarded;

A statement of any other issues resolved;

The allocation of forum fees and any other fees allocable by the panel;

The names of the arbitrators;

The dates the claim was filed and the award rendered;

The number and dates of hearing sessions;

The location of the hearings; and

The signatures of the arbitrators.

(f) The award may contain a rationale underlying the award.

FINRA | This section is part of a frameset. This page contains the main content of the fra... Page 2 of 2

Case 3:07-cv-05528-PJH   Document 24-2   Filed 02/12/2008   Page 3 of 3

(g) All awards shall be made publicly available.

(h) Fees and assessments imposed by the arbitrators under the Code shall be paid immediately upon the receipt of the award by the parties. Payment of such fees shall not be deemed ratification of the award by the parties.

(i) All monetary awards shall be paid within 30 days of receipt unless a motion to vacate has been filed with a court of competent jurisdiction. An award shall bear interest from the date of the award:

If not paid within 30 days of receipt;

If the award is the subject of a motion to vacate which is denied; or

As specified by the panel in the award.

Interest shall be assessed at the legal rate, if any, then prevailing in the state where the award was rendered, or at a rate set by the arbitrator(s).

Adopted by SR-NASD-2004-011 eff. April 16, 2007.

**Selected Notice:** 07-07

<< **Previous**                                                                                                  **Next**

©2008 FINRA. All rights reserved.