**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ALVA  THANING                                   NO. CV 07-05528 PJH

11              Plaintiff,                            **CLERK'S NOTICE RE: FAILURE**
        v.                                           **TO FILE ELECTRONICALLY**
                                                     **AND/OR REGISTER AS AN E-**
12                                                   **FILER**

13   UBS PAINE WEBBER, et al.
                Defendant.
14   _____/

15
16   On October 30, 2007, counsel for **Plaintiff**  filed a **Complaint (doc 1)** , and on February 11, 2008 a
17   **Motion (doc 25), Opposition (doc 26), Declaration (doc 27, 28 and 29)** manually, on paper.  This case
18   has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

19
20   The above mentioned  paper documents have been filed and docketed. However, General Order 45
21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22   presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the
23   Complaint, Motion, Opposition and Declarations, in PDF format within 10 days, as an attachment in
24   an *e-mail* message directed to the judges chamber's "**PDF**" email box listed at
25   http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do *not*
26   e-file a document which has been previously filed on paper, as is the case with the above mentioned
27   filing. **All subsequent papers should be e-filed.**
28

**United States District Court**
For the Northern District of California

1    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2    become an ECF User and be assigned a user ID and password for access to the system upon designation

3    of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4    must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5    at ecf.cand.uscourts.gov.

6    Dated: February 25, 2008

7                                                                    Felicia Reloba
                                                                     _____
8                                                                    Felicia Reloba
                                                                     Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                        2