United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10  Thaning,                                    07-05528 PJH

11            Plaintiff(s),                     **NOTICE RE: NONCOMPLIANCE
                                                WITH COURT ORDER**
12       v.

13  UBS Paine Webber,

14            Defendant(s).

15

16       The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

22  ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26       Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur <u>before</u> the Case Management Conference.

6

7

8  Dated: February 27, 2008

9                                         RICHARD W. WIEKING

10                                        Clerk
                                       by:   Timothy J. Smagacz

11

12                                        ADR Administrative Assistant

13                                        415-522-4205
                                       Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:        Thaning v. UBS Paine Webber

Case Number:      07-05528 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

      ADR Program
      United States District Court
      Norther District of California
      450 Golden Gate Avenue Floor 16
      San Francisco, CA 94102

On February 27, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

      James C. Bridgman
      Aspelin & Bridgman LLP
      220 Montgomery Street
      Suite 1009
      San Francisco, CA 94104

      John H. Aspelin
      Aspelin & Bridgman LLP
      220 Montgomery Street
      Suite 1009
      San Francisco, CA 94104
      jaspelin@aspelinbridgman.com

      Walter Maurizio Stella
      Bingham McCutchen LLP
      Three Embarcadero Center
      San Francisco, CA 94111
      walter.stella@bingham.com

      Jacqueline Sarah Bronson
      Bingham McCutchen LLP

Three Embarcadero Center
18th Floor
San Francisco, CA 94111
jacqueline.bronson@bingham.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov