UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALVA GENE THANING,
              Plaintiff(s),

v.

UBS/PAINE WEBBER, UBS/ PAINE
WEBBER PARTNER'S PLUS; UBS
FINANCIAL SERVICES INC.,
              Defendant(s).

Case No. CW07-5528 PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 4, 2008

/s/
[Party]
Defendants UBS Financial Services Inc. (also sued as Paine Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus)

Dated: March 4, 2008

/s/ Walter Stella
[Counsel]
Walter Stella

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com