UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALVA GENE THANING,
        Plaintiff(s),

v.

UBS/PAINE WEBBER, UBS/ PAINE WEBBER PARTNER'S PLUS; UBS FINANCIAL SERVICES INC.,
        Defendant(s).
                                  /

CASE NO. CW07-5528 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Walter Stella | Defendants | (415) 393-2750 | walter.stella@bingham.com |
| James C. Bridgman | Plaintiff | (415) 296-9812 | jbridgman@aspelinbridgman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 4, 2008            /s/ James C. Bridgman
                                                 Attorney for Plaintiff
                                                 James C. Bridgman

Dated: March 4, 2008            /s/ Walter Stella
                                                 Attorney for Defendant
                                                 Walter Stella

American LegalNet, Inc.
www.USCourtForms.com