UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** March 13, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5528 PJH

**Case Name:** Alva Thaning v. UBS Pain Webber, et al.

**Attorney(s) for Plaintiff:** James C. Bridgman
**Attorney(s) for Defendant:** Walter M. Stella

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Not Reported

**PROCEEDINGS**

     Case Management Conference-Held. The court sets a hearing date for the pending motion to compel arbitration. Defense counsel to re-notice the motion for April 16, 2008 at 9:00 a.m. The court will set a further case management conference after resolution of the motion.

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc:** file