| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WALTER M. STELLA (SBN 148215) |
| 2 | walter.stella@bingham.com |
|   | JACQUELINE S. BRONSON (SBN 222169) |
| 3 | jacqueline.bronson@bingham.com |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
| 6 | Attorneys for Defendants |
|   | UBS Financial Services, Inc. (also sued as UBS/Paine |
| 7 | Webber) and UBS/Paine Webber Partner's Plus |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Alva Gene Thaning,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBS/Paine Webber, UBS/Paine Webber Partner's Plus, UBS Financial Services, Inc.,<br><br>　　　　Defendants. | No. 07-5528 MJJ<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:　　April 16, 2008<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 3, 17th Flr.<br>Judge:　　Hon. Phyllis J. Hamilton |

### DEFENDANTS' AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION AND FOR STAY

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to this Court's order at the Case Management Conference, Defendants' Motion To Compel Arbitration And Stay Proceedings shall be heard on April 16, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Phyllis J. Hamilton, in Courtroom 3 of the above-captioned court, 450 Golden Gate Avenue, San Francisco, California 94102.  Defendants UBS Financial Services Inc. (also sued as UBS/Paine Webber) and UBS PartnerPlus Plan (erroneously sued as UBS/Paine Webber Partner's Plus) (collectively, "Defendants") will and hereby do move for an order

1. compelling arbitration and staying all causes of action alleged in Plaintiff's Complaint filed on
2. October 30, 2007.
3.   This motion is based on the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 1
4. *et seq.*, and is made on the grounds that the Complaint, and each and every cause of action
5. contained therein, is subject to binding arbitration.
6.   This motion is based on this Amended Notice of Motion and Motion, the
7. previously filed Memorandum of Points and Authorities and accompanying Declarations of
8. Michael O'Connell and Walter M. Stella, all papers and records on file herein, and on all oral
9. and documentary evidence as may be presented at the hearing on this matter.
10. DATED: March 17, 2008

            Bingham McCutchen LLP

            By: /s/ Walter M. Stella
              Walter M. Stella
              Attorneys for Defendants
          UBS Financial Services, Inc. (also sued as
         UBS/Paine Webber) and UBS/Paine Webber
              Partner's Plus