1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6  ALVA GENE THANING,
7          Plaintiff,                          No. C 07-5528 PJH
8      v.                                      **NOTICE AND ORDER
                                               CONTINUING HEARING DATE**
9  UBS/PAINE WEBBER
10         Defendant(s).
       _____/
11
12     TO ALL PARTIES AND COUNSEL OF RECORD:
13     Please note that the hearing on the parties' cross-motions for summary judgment,
14 which was previously set for April 16, 2008, at 9:00 a.m., has been CONTINUED to May 7,
15 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue,
16 San Francisco, California 94102.
17     IT IS SO ORDERED.
18 Dated: March 31, 2008
19                                             _____
20                                             PHYLLIS J. HAMILTON
                                               United States District Judge
21
22
23
24
25
26
27
28