UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVA GENE THANING,

    Plaintiff,

    v.

UBS/PAINE WEBBER

    Defendant(s).

_____/

No. C 07-5528 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please note that the hearing on the parties' cross-motions for summary judgment, which was previously set for April 16, 2008, at 9:00 a.m., has been CONTINUED to May 7, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: March 31, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge