UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** May 7, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5528 PJH

**Case Name:** Alva Thaning v. UBS Pain Webber, et al.

**Attorney(s) for Plaintiff:**    James C. Bridgman
**Attorney(s) for Defendant:**    Walter M. Stella

**Deputy Clerk**: Nichole Heuerman        **Court Reporter**: Kathy Wyatt

**PROCEEDINGS**

    The court addresses the issue regarding plaintiff counsel's untimely filing of the opposition.

    Defendant's Motion to Compel Arbitration-GRANTED as stated on the record.

**Order to be prepared by:**    [] Pl [] Def [x] Court

**Notes:**

**cc:** file