1    ASPELIN & BRIDGMAN, LLP
     JAMES C. BRIDGMAN (SBN 121345)
2    220 Montgomery Street, Suite 1009
     San Francisco, CA  94104
3    Telephone:  415.296.9812
     Facsimile:   415.296.9814
4
     Attorneys for Plaintiff
5    ALVA GENE THANING

6    BINGHAM MCCUTCHEN LLP
     WALTER M. STELLA (SBN 148215)
7    walter.stella@bingham.com
     JACQUELINE S. BRONSON (SBN 222169)
8    jacqueline.bronson@bingham.com
     Three Embarcadero Center
9    San Francisco, CA  94111-4067
     Telephone:  415.393.2000
10   Facsimile:   415.393.2286

11   Attorneys for Defendants
     UBS FINANCIAL SERVICES INC. (also sued as
12   PAINE WEBBER) and UBS PARTNERPLUS PLAN
     (erroneously sued as UBS/PAINE WEBBER
13   PARTNER'S PLUS)

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

18   ALVA GENE THANING,                      No. 07-5528 PJH

19              Plaintiff,                    **STIPULATION AND [~~PROPOSED~~]
20        v.                                  ORDER OF DISMISSAL WITH
                                              PREJUDICE**
21   UBS/PAINE WEBBER, UBS/PAINE WEBBER
     PARTNER'S PLUS, UBS FINANCIAL            Judge: Hon. Phyllis J. Hamilton
22   SERVICES, INC.,

23              Defendant

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1          Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff

2  Alva Gene Thaning and Defendants UBS Financial Services Inc. and UBS PartnerPlus Plan, by

3  their respective counsel, HEREBY STIPULATE that this action, including all claims asserted

4  herein, be dismissed with prejudice, with each party to bear its own costs and attorneys' fees and

5  all rights of appeal waived.

6

7  DATED:  May 7, 2010

8                            ASPELIN & BRIDGMAN, LLP

9

10

11                      By:_____/S/James C. Bridgman_____

                                James C. Bridgman

12                            Attorneys for Plaintiff

                            ALVA GENE THANING

13

14  DATED:  May 7, 2010

15

16                            BINGHAM MCCUTCHEN LLP

17

18                      By:_____/S/Walter M. Stella_____

19                            Walter M. Stella

                            Attorneys for Defendants

20                          UBS FINANCIAL SERVICES INC.

                          (also sued as PAINE WEBBER) and UBS

21                          PARTNERPLUS PLAN (erroneously sued as

                          UBS/PAINE WEBBER PARTNER'S PLUS)

22

23

24

25

26

27

28

1        [PROPOSED] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:  May 17, 2010

5

6                                        _____
                                         HON[.]                         [HA]MIL[T]ON
7                                         UNI[                          ]UDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1    Attestation:  I hereby attest that I have on file all holograph signatures for any

2  signatures indicated by a "conformed" signature (/s/) within this efiled document.

3

4  DATED:  May 7, 2010

5                                  BINGHAM MCCUTCHEN LLP

6

7

8                                  By:_____/S/Walter M. Stella_____
                                        Walter M. Stella
9                                       Attorneys for Defendants
                                        UBS FINANCIAL SERVICES INC.
10                                      (also sued as PAINE WEBBER) and UBS
                                        PARTNERPLUS PLAN (erroneously sued as
11                                      UBS/PAINE WEBBER PARTNER'S PLUS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28